FILED _____ ENTERED
_____ LODGED_____ RECEIVED

APR 0 8 2004   KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

04-CV-00819-CMP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MARY TAYLOR, an individual,

        Plaintiff,

        v.

SMITH & HAWKEN, LTD., a foreign corporation,

        Defendant.

No.

CO4 = 8192

COMPLAINT FOR BREACH OF
CONTRACT, VIOLATION OF
CONSUMER PROTECTION ACT,
UNJUST ENRICHMENT, AND
COPYRIGHT INFRINGEMENT

Plaintiff Mary Taylor, appearing herein through undersigned counsel for her complaint against Defendant Smith & Hawken, Ltd., states as follows:

## I.  PARTIES

1.    Plaintiff Mary Taylor is an individual residing in the State of Washington and is President of Rosebar, Inc., through which Plaintiff markets and sells unique and original designs and metal garden art products.

2.    Upon information and belief, Defendant Smith & Hawken, Ltd. ("Smith & Hawken) is in the business of nation-wide marketing and sales of garden products, with one or more facilities in locations throughout the Western District of Washington, and with a principal place of business at 4 Hamilton Landing, Suite 100, Novato, CA  94949.

COMPLAINT - 1
RSHR\25969FL.DOC

ORIGINAL

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS^PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
TELEPHONE: 206.682.8100

## II.    JURISDICTION AND VENUE

3.    This is an action for breach of contract, violation of the consumer protection statute, R.C.W. § 19.86.020, for unjust enrichment, and common law copyright infringement; Plaintiff hereby reserves the right to also allege copyright infringement arising under 17 U.S.C. § 101 *et seq.*, upon receipt of registration from the U.S. Copyright Office.

4.    Diversity jurisdiction under 28 U.S.C. § 1332 exists because the matter in controversy exceeds a value of $75,000 and the parties are citizens of different states. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391, as a substantial part of the events or omissions giving rise to the claims occurred here. Upon official registration of Plaintiff's copyright, this Court will also have jurisdiction under 28 U.S.C. §§ 1331, 1332(a)(1), and 1338(a), and over the related state law claims under 28 U.S.C. §§ 1332(a)(1) and 1367.

## III.    BACKGROUND FACTS

5.    In March of 2003, Mary Taylor exhibited unique garden products at the San Francisco Flower and Garden Show. At that show, Nancy Knight, Merchandise Manager for Smith & Hawken, introduced herself to Ms. Taylor and expressed interest in her products, and provided Ms. Taylor with contact information.

6.    A short time later, in June of 2003, Smith & Hawken called Ms. Taylor and requested designs for items Smith & Hawken would then market and sell, indicating that the samples would need to be sent on an expedited basis. Ms. Taylor agreed to do so after informing Smith & Hawken that she operated only on a consignment/commission/percentage-royalty basis, and that the designs were proprietary and would be exclusively created for Smith & Hawken and not for other factory resale. Smith & Hawken assured Ms. Taylor that it was company policy to first confirm and approve with the designer any changes or alterations to a designer's work desired or planned by Smith & Hawken, including new or additional products based on the designer's work. In reliance upon Smith & Hawken's agreement and assurances, Ms. Taylor shipped samples to Smith & Hawken on July 17, 2003.

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS™LLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE  206.682.8100

7.     On July 21, 2003, Ms. Taylor, through legal counsel John W. Hicks of Schacht & Hicks, wrote to Smith & Hawken, confirming the parties' mutual understanding that Smith & Hawken was not authorized to replicate or market in any form or fashion Ms. Taylor's designs unless and until an agreement was reached between the parties.  Further, the letter confirms that the samples were delivered to Smith & Hawken solely for its review.  Smith & Hawken duly signed the letter agreement and returned a copy of the agreement to Ms. Taylor.  A copy of the July 21, 2003 letter agreement is attached hereto as Exhibit A.

8.     Between July 27 and July 30, 2003, Smith & Hawken called Ms. Taylor and offered $7,500 for the designs, which Ms. Taylor refused.  A couple of days later Smith & Hawken again telephoned and offered a total sum of $20,000.  Ms. Taylor reluctantly and tentatively agreed, subject to completion of a written contract including terms restricting Smith & Hawken's sales territory and vouchsafing the protection of Ms. Taylor's proprietary designs.  Relying upon the July 21, 2003 signed letter agreement and Smith & Hawken's subsequent offer, Ms. Taylor waited for Smith & Hawken to consummate formal financial arrangements for its use and ultimate sale of products using Ms. Taylor's designs.  Smith & Hawken has never done so to date.

9.     On February 8, 2004, Ms. Taylor first became aware of unauthorized replicas of the designs she had sent to Smith & Hawken being manufactured by a factory in Poland.  Because these replicas were made of inferior materials, they were being offered by German sales representatives at a lower price.  Ms. Taylor contacted Smith & Hawken, informed it of the infringement, and again requested a written contract.  Because of the availability of Ms. Taylor's designs from a foreign manufacturer for a reduced price, she has lost customers, significant contracts, and a substantial amount of sales.

10.    On February 11, 2004, Smith & Hawken called and informed Ms. Taylor that the German sales representative's infringing activities had been stopped and that the CEO of Smith & Hawken would meet with the Polish factory owner in a few days to address Ms. Taylor's concerns.  Ms. Taylor again informed Smith & Hawken that she needed to be

COMPLAINT - 3
RSBR12595PL.DOC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1  compensated for her designs, samples, and loss of business resulting from Smith & Hawken's
2  actions.

3      11.    On March 2, 2004, Barry Gilbert, CEO of Smith & Hawken, called Ms. Taylor
4  to introduce himself. While pretending sympathy, Mr. Gilbert did not resolve Ms. Taylor's
5  concerns regarding copyright, sales territory, acknowledgement, infringement, or
6  compensation.

7      12.    On March 9, 2004, Mary Taylor applied for formal copyright protection by
8  submitting copyright applications to the U.S. Copyright Office for the designs she sent to
9  Smith & Hawken. Attached as Exhibit B are copies of the copyright applications and
10 proprietary designs. Also on March 9, 2004, Mary Taylor, through her present legal counsel,
11 addressed the issue of Ms. Taylor's exclusive designs by offering a license to Smith &
12 Hawken to resolve the previous unauthorized copying, sale, and distribution of Ms. Taylor's
13 designs, and to establish acceptable terms for Smith & Hawken's future use. Attached to the
14 letter was a draft agreement, outlining acceptable contractual terms.

15     13.    To date, Smith & Hawken has made no response. However, Ms. Taylor has
16 learned her proprietary designs have been and still are available for sale across the country
17 through Smith & Hawken's catalog and Web site since at least as early as March 2003.
18 Attached as Exhibit C are copies of Smith & Hawken's infringing products as offered for sale
19 on its Web site. Ms. Taylor's designs are also for sale by Smith & Hawken in highly
20 competitive retail locations throughout Washington State, which has the potential to stifle and
21 restrict Ms. Taylor's legitimate business and contracts. None of Ms. Taylor's designs for sale
22 by Smith & Hawken acknowledge Ms. Taylor's contribution and ownership. Ms. Taylor has
23 never received any money or compensation in return for the samples and designs sent to
24 Smith & Hawken.

25     **IV.    FIRST CAUSE OF ACTION: BREACH OF CONTRACT**
26     14.    Plaintiff realleges paragraphs 1-13 of this complaint.

27

COMPLAINT - 4
RSRR\2595PL.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS™

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE· 206.682.8100

15.    Plaintiff has performed fully each and all agreements with Defendant. Defendant has materially breached its July 21, 2003 letter agreement with Plaintiff and oral agreements regarding payment as outlined above.

16.    As a direct and proximate result of the foregoing material breaches by Defendant, Plaintiff has suffered monetary damages, with interest. Plaintiff is as of yet unable to determine the full amount of its monetary damages arising out of Defendant's breach of contract.

### V.    SECOND CAUSE OF ACTION: VIOLATION OF CONSUMER PROTECTION ACT

17.    Plaintiff realleges paragraphs 1-16 of this complaint.

18.    Defendant's actions constitute unfair methods of competition or unfair deceptive acts or practices within the meaning of the common law and Revised Code of Washington, R.C.W. 19.86.020.

### VI.    THIRD CAUSE OF ACTION: UNJUST ENRICHMENT

19.    Plaintiff realleges paragraphs 1-18 of this complaint.

20.    Defendant has been unjustly enriched by the copying and use of Plaintiff's proprietary designs in violation of Plaintiff's exclusive rights to market the designs with attendant exclusive copyright rights.

### VII.    FOURTH CAUSE OF ACTION: COMMON LAW COPYRIGHT INFRINGEMENT

21.    Plaintiff realleges paragraphs 1-20 of this complaint.

22.    By its actions alleged above, Defendant has infringed, has induced infringement, and will continue to infringe Mary Taylor's common law copyright in and relating to Ms. Taylor's proprietary designs by producing, distributing, and using products that are direct copies or derivatives of Plaintiff's copyright-protected works.

23.    On information and belief, the infringement of Plaintiff's copyright has been intentional and willful.

COMPLAINT - 5
RSBR\2596PL.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS℠

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

24.     As a result of Defendant's infringement of Plaintiff's copyright, Plaintiff has suffered damages in an amount to be proven at trial.  Plaintiff is entitled to an injunction restraining Defendant, its officers, agents, and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the copyright laws.

25.     Plaintiff is further entitled to recover from Defendant all damages, including attorneys' fees, they have sustained and will sustain, and any gains, profits, and advantages obtained by Defendant as a result of Defendant's acts of infringement alleged above.  At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Plaintiffs.

26.     Upon receipt of a confirmation of registration of its copyright applications by the U.S. Copyright Office, Plaintiff reserves the right to amend the present complaint to reallege paragraphs 21-25 of this complaint as also arising under 17 U.S.C. § 101 *et seq.*

### VIII.   JURY DEMAND

27.     Plaintiff demands a trial by jury.

### IX.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

A.     That the Court find that Plaintiff Mary Taylor is the sole and exclusive owner of all right, title, and interest in the subject designs.

B.     That the Court find that Defendant has infringed Plaintiff's copyrights in the subject proprietary designs.

C.     That the Court find a substantial likelihood that Defendant will continue to infringe Plaintiff's copyrights in the subject designs unless enjoined from doing so.

D.     That Defendant, its directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined from directly or indirectly infringing Plaintiff's copyrights in the subject designs or continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or

COMPLAINT - 6
RSBK\2596PL.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE 206.682.8100

1   manufacture any works derived or copied from the subject designs or to participate or assist in
2   any such activity.

3        E.      That Defendant, its directors and officers, agents, servants, employees, and all
4   other persons in active concert or privity or in participation with them, be enjoined to return to
5   Plaintiff any and all originals, copies, facsimiles, derivatives or duplicates of the subject
6   designs in their possession, custody or control.

7        F.      That Defendant, its directors and officers, agents, servants, employees, and all
8   other persons in active concert or privity or in participation with them, be enjoined to recall
9   from all distributors, wholesalers, jobbers, dealers, retailers, and distributors, and all others
10  known to Defendant, any originals, copies, facsimiles, derivatives or duplicates of any works
11  shown by the evidence to infringe any copyright in the subject designs, and to effect
12  corrective advertising.

13       G.      That Defendant be enjoined to deliver upon oath, to be impounded during the
14  pendency of this action and destroyed pursuant to judgment herein, all originals, copies,
15  facsimiles, or duplicates of any work shown by the evidence to infringe any copyright in the
16  subject designs.

17       H.      That Defendant be required to file with the Court and to serve on Plaintiff,
18  within 30 days after service of the Court's order as herein prayed, a report in writing under
19  oath setting forth in detail the manner and form in which Defendant has complied with the
20  Court's order.

21       I.      That judgment be entered for Plaintiff and against Defendant for Plaintiff's
22  actual damages according to proof, and for any profits attributable to infringements of
23  Plaintiff's copyrights, in accordance with proof.

24       J.      That Defendant be required to account for and pay over to Plaintiff all gains,
25  profits, and advantages derived from its breach of contract, acts of infringement, and for its
26  other violations of law.

27

COMPLAINT - 7
RSBN\2556PL.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS™

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
TELEPHONE: 206.682.8100

1    K.    That Plaintiff recover from Defendants treble the amount of actual damages

2  suffered by Plaintiff, and all of its litigation expenses, including reasonable attorneys' fees and

3  costs pursuant to R.C.W. 19.86.090, and all other applicable laws.

4    L.    That Plaintiff have judgment against Defendant for Plaintiff's costs and

5  attorneys' fees.

6    M.    That the Court grant such other, further, and different relief as the Court deems

7  proper under the circumstances.

8    Dated this ___8___ day of April, 2004.

9

10                              CHRISTENSEN O'CONNOR

11                              JOHNSON KINDNESS^PLLC

12

13

14                              _____

15                              F. Ross Boundy, WSBA No. 403
                                Claire Foley, WSBA No. 1,690

16                              Attorneys for Plaintiff Mary Taylor

17

18

19

20

21

22

23

24

25

26

27

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS^PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

**EXHIBIT A**

### SCHACHT & HICKS
#### ATTORNEYS AT LAW

RICHARD P. SCHACHT · PREGARED
JOHN W HICKS

1003 SOUTH THIRD STREET
THIRD AND VERA STREETS
P. O. BOX 1188
MOUNT VERNON, WASHINGTON 98273

TELEPHONE
(360) 336-0088
FAX:
(360) 336-5801

July 21, 2003

NANCY L KNIGHT MERCHANDISE MANAGER
SMITH & HAWKEN
MERCHANDISE MANAGER

facsimile transmission!   415-506-1907

Dear Ms. Knight,

I represent Mary Taylor who has delivered to you sample designs.
You of course understand that these are exclusive Mary Taylor
designs sent to you for your review. You further understand that
you are not authorized to replicate or market in any form or
fashion these designs unless and until an agreement is reached with
Mary Taylor concerning these designs.

The samples were delivered to you solely for your review to
determine whether or not you or your company was interested in
entering into financial arrangements with Mary Taylor concerning
the use of her designs and the ultimate sale of products created
using her designs.  I assume your company is most aware of Mary
Taylor's need to protect her designs and will cooperate in that
fashion.

Mary Taylor, confirming this agreement, has affixed her signature
along with mine to this letter.

Please confirm your understanding by return mail or fax.

Respectfully,

SCHACHT & HICKS, INC., P.S.

JOHN W. HICKS

MARY TAYLOR

JWH:kn

CONFIRMING AND AGREEING TO ABOVE:

SMITH & HAWKEN

By

**EXHIBIT B**

# FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA       VAU

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▾**
ORGANIC TRELLIS

**NATURE OF THIS WORK ▾ See instructions**
Sculpture

**PREVIOUS OR ALTERNATIVE TITLES ▾**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▾**

If published in a periodical or serial give: **Volume ▾**    **Number ▾**    **Issue Date ▾**    **On Pages ▾**

## 2

**a**   **NAME OF AUTHOR ▾**
Mary L. Taylor

**DATES OF BIRTH AND DEATH**
Year Born ▾ 1956    Year Died ▾

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ U.S.A.
Domiciled in ▸

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☒ Architectural work
☐ Design on sheetlike material

**b**   **NAME OF AUTHOR ▾**

**DATES OF BIRTH AND DEATH**
Year Born ▾    Year Died ▾

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸
Domiciled in ▸

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2001 ◂Year
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▸ June    Day ▸ 30    Year ▸ 2001
U.S.A.      ◂ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▾
Mary L. Taylor
20640 Skagit City Road
Mt. Vernon, WA 98273

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▾

See instructions before completing this space.

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▸**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED F

FORM VA

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ∀

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ∀       Year of Registration∀

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ∀

N/A

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ∀

N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ∀       Account Number ∀

N/A       N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Claire Foley

Christensen O'Connor Johnson Kindness^PLLC

1420 Fifth Avenue, Suite 2800, Seattle, WA  98101-2347       RSBR-4-5230

Be sure to give
your daytime
< phone number

Area Code & Telephone Number ▶206.695.1779

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ∀

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of _Mary Taylor_
                     Name of author or other copyright claimant, or owner of exclusive right(s)▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ∀ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Claire Foley       date▶ 9·MAN·04

Handwritten signature (X) ∀

☞  Clairetoley

**MAIL
CERTIFI-
CATE
TO**

Certificate
will be
mailed in
window
envelope

Name ∀
Christensen O'Connor Johnson Kindness^PLLC
Number/Street/Apt▼
1420 Fifth Avenue, Suite 2800
City/State/ZIP ▼
Seattle, WA  98101-2347

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Christensen O'Connor Johnson Kindness^PLLC, July 1999



# FORM VA

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA _____ VAU _____

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ∇**
ORGANIC ARCH

**NATURE OF THIS WORK ∇ See instructions**
Sculpture

**PREVIOUS OR ALTERNATIVE TITLES ∇**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ∇

If published in a periodical or serial give: Volume ∇      Number ∇      Issue Date ∇      On Pages ∇

## 2

**a**

**NAME OF AUTHOR ∇**
Mary L. Taylor

**DATES OF BIRTH AND DEATH**
Year Born ∇  1956      Year Died ∇

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**

**NAME OF AUTHOR ∇**

**DATES OF BIRTH AND DEATH**
Year Born ∇      Year Died ∇

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1996  ◄ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ April      Day ▶ 1      Year ▶ 1996
U.S.A.      ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ∇
Mary L. Taylor
20640 Skagit City Road
Mt. Vernon, WA 98273

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ∇

See instructions before completing this space.

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
   • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

FORM VA

CHECKED BY

| ☐ | CORRESPONDENCE |
| | Yes |

FOR
COPYRIGHT
OFFICE USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
N/A

**6**

See instructions
before completing
this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
N/A

---

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                Account Number ▼

N/A                                    N/A

**7**

---

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP
Claire Foley

Christensen O'Connor Johnson Kindness^PLLC

1420 Fifth Avenue, Suite 2800, Seattle, WA  98101-2347          RSBR-4-5229

Be sure to give
your daytime
phone number

Area Code & Telephone Number ▶ 206.695.1779

---

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Mary Taylor
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Claire Foley                                          date ▶ 9. Mar. 04

Handwritten signature (X) ▼

☞  Claire Foley

**8**

---

**9**

MAIL
CERTIFI-
CATE
TO

Certificate
will be
mailed in
window
envelope

Name ▼
Christensen O'Connor Johnson Kindness^PLLC
Number/Street/Apt ▼
1420 Fifth Avenue, Suite 2800
City/State/ZIP ▼
Seattle, WA  98101-2347

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Christensen O'Connor Johnson Kindness^PLLC, July 1999



# FORM VA
**For a Work of the Visual Arts**
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

| VA | | VAU |
|---|---|---|

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK** ▾
ORGANIC TOWER

**NATURE OF THIS WORK** ▾ See instructions
Sculpture

**PREVIOUS OR ALTERNATIVE TITLES** ▾

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work** ▾

If published in a periodical or serial give: **Volume** ▾ | **Number** ▾ | **Issue Date** ▾ | **On Pages** ▾

---

**2**

**a**

**NAME OF AUTHOR** ▾
Mary L. Taylor

**DATES OF BIRTH AND DEATH**
Year Born ▾ 1956    Year Died ▾

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ U.S.A.
     Domiciled in ▸

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**

**NAME OF AUTHOR** ▾

**DATES OF BIRTH AND DEATH**
Year Born ▾    Year Died ▾

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸
     Domiciled in ▸

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◂Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▸ April   Day ▸ 1   Year ▸ 1996
U.S.A. ◂ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▾
Mary L. Taylor
20640 Skagit City Road
Mt. Vernon, WA 98273

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▾

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▸**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

FORM VA

EXAMINED

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ∇
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ∇      Year of Registration ∇

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ∇
N/A

**6**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ∇
N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ∇                                              Account Number ∇

N/A                                              N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Claire Foley

Christensen O'Connor Johnson Kindness$^{PLLC}$

1420 Fifth Avenue, Suite 2800, Seattle, WA 98101-2347                    RSBR-4-5231

Be sure to give
your daytime
phone number

Area Code & Telephone Number ➤ 206.695.1779

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ∇
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __Mary Taylor__
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ∇ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Claire Foley                                                        date ➤ 9·Mar·04

**8**

Handwritten signature (X) ∇

☞  _Claire Foley_

**MAIL
CERTIFI-
CATE
TO**

Name ∇
Christensen O'Connor Johnson Kindness$^{PLLC}$

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ∇
1420 Fifth Avenue, Suite 2800

City/State/ZIP ∇
Seattle, WA 98101-2347

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $30 filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Christensen O'Connor Johnson Kindness$^{PLLC}$, July 1999



**EXHIBIT C**

Case 2:04-cv-00819-TSZ  Document 1  Filed 04/08/04  Page 22 of 29



**Smith & Hawken**  SHOP  MY ACCOUNT  REQUEST A CATALOG

SIGN UP FOR EMAIL OFFERS  Enter e-mail address  GO  SEARCH  Enter product o

PRE-SEASON SALE  NEW  GIFTS  PLANTS  CONTAINERS  GARDEN  HOME  OUTDOOR LIVING  TOOLS  FURNITURE  CLOTH

SHOP > Garden > Arches & Ti

# Twining Leaf Tuteur



**Product Description:**

**Twining Leaf Tuteur**
# 792812
**$65.00**
($15 add'l shipping)

ADD TO BASKET

Add a vertical accent to a flat bed by training a vine on our handsome garden tuteur. Artfully crafted of steel, this original design emulates the natural curving lines of a vine, sparsely embellished with leaves. Use it with climbers like morning glory and clematis. Its powder-coat finish resists rust. Some assembly required. 9 1/2" W, 83" H.

(Ship Later available)

Also Look



**Twining Lea**



**Twining l
Trellis**



**Roguchi Cl**



**Trumpet T**

GARDEN GURU     FEATURE STORY     GIFT SERVICES     STORES & EVENTS     ABOUT US     CUSTOMER SERVICE

Case 2:04-cv-00819-TSZ    Document 1    Filed 04/08/04    Page 24 of 29



SHOP > Garden > Arches &

## Twining Leaf Arch



**Product Description:**

**Twining Leaf Arch**
# 792788
$190.00
($15 add'l shipping)

[ ADD TO BASKET ]

Vining, twining and climbing plants will find our garden arch irresistible. Artfully rendered in steel, this original design reflects the natural curving lines of a vine, sparsely embellished with metal leaves. Use it with robust climbers as an archway to designate access to a garden or path, or to shade a garden bench. The powder-coat finish resists rust. Some assembly required. 97" H, 51" W, 20" D.

(Ship Later available)

Also Look



Twining
Trellis



Twining
Tutcu



Fleur-de-l
Arch



Eden Park
and Ga



Canterbory
Arch

GARDEN GURU    FEATURE STORY    GIFT SERVICES    STORES & EVENTS    ABOUT US    CUSTOMER SERVICE    1-8

Case 2:04-cv-00012-TSZ Document 11 Filed 04/06/04 Page 26 of 29

## Smith & Hawken

SHOP | MY ACCOUNT | REQUEST A CATALOG

SIGN UP FOR EMAIL OFFERS | Enter e-mail address | GO

SEARCH | Enter product o

PRE-SEASON SALE | NEW | GIFTS | PLANTS | CONTAINERS | GARDEN | HOME | OUTDOOR LIVING | TOOLS | FURNITURE | CLOTH

SHOP > Garden > Arches &

# Twining Leaf Trellises



Product Description:

**Small Twining Leaf Trellis**
#792804
$65.00
($5 add'l shipping)

ADD TO BASKET

**Large Twining Leaf Trellis**

#792796
$90.00
($15 add'l shipping)

ADD TO BASKET

Taking a lesson from nature, the original design of our trellises reflects the natural curving lines of a vine, sparsely embellished with leaves. Artfully crafted of steel, they encourage twining plants like clematis and morning while adding vertical interest to a garden wall. The powder-coat finish resists rust. Some assembly required. The small version measures 24" W, 75" H; the large, 33 1/2" W, 87" H.

(Ship Later available)

Also Look



Twining Lea



Twining
Tuteu



sale
Fleur-de-I

Trellis



Canterboro
Trelli

     

Ⓐ Tuteur





**A. TWINING LEAF GARDEN STRUCTURES**
*New.* Taking a climbing lesson from nature, leafy
vines rendered in steel give twining plants a boost.
Arch might curve over a pathway or shade a bench.
Trellises prompt morning glories and other vines
up a wall. Tuteur adds height to a flat garden bed.
Powder coating resists rust. Some assembly required.
*Arch (97" H, 51" W, 20" D) G792768 $190 ($15)*
*Small Trellis (75" H, 24" W) G792804 $85 ($5)*
*Large Trellis (87" H, 33½" W) G792796 $90 ($15)*
*Tuteur (83" H, 9¾" W) G792812 $85 ($15)*

**B. ENGLISH DELPHINIUM COLLECTION**
An indispensable show-off for the back of the
border, delphiniums also make striking cut
flowers. Our exclusive assortment of English
hybrids includes both the coveted dark and light
blue, along with pink and purple. Shipped in 4"
grower's pots, these summer bloomers can reach
4' to 6' tall. Zones 3–9. Set of four, one of each
color. G758300 $28 catalog/web only

3-31-04 order
# 16419948
A 243.74

Case 2:04-cv-00819-TSZ   Document 1   Filed 04/08/04   Page 29 of 29



**C. FOXGLOVE COLLECTION**
*New.* The bell-shaped blooms of *Digitalis* are a cottage garden essential. Our collection includes four out-of-the-ordinary colors: soft yellow *D. lutea*, sugar-pink *D. thapsi*, butterscotch *D. laevigata gracea*, and golden-brown *D. ferruginea*. Shipped in 4" grower's pots, all are true perennials for years of 2–4' blooming spires. Zones 7–10. *Set of four.* G788061 $29 catalog/web only

**D. CAST-IRON LOVEBIRDS**
May flirt among garden plants or along a bookshelf. Cast in iron from wax molds and then given a lacquer bath to elude rust. 5" H, 7½" L. *Set of two.* G780767 $28

CALL 800.776.3336 TO ORDER

11